JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHEEM KARRIEM, | CASE NO. CV 19-8677-MWF (FFM) |
| Petitioner, | |
| v. | J U D G M E N T |
| CENTRAL DISTRICT, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: June 30, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE